**ORDERED ACCORDINGLY.**

**Dated: March 11, 2014**



_____
**George B. Nielsen, Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>Beverley Buckley,<br><br>        Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:12-19495-GBN |
| QUINTON A. BUCKLEY, Personal Representative of Probate Estate of Beverly Buckley,<br>        Plaintiff,<br>vs.<br><br>ROY ZEAGLER,<br>        Defendant. | ADVERSARY NO. 2:13-AP-00950<br><br>**ORDER GRANTING CROSS MOTION FOR SUMMARY JUDGMENT** |

The Plaintiff ("Buckley") having filed a *Motion for Summary Judgment to Determine Recorded Judgment not a Lien on Homestead Property* (the "MSJ"- DE #16), and the Defendant (Zeagler") having filed an *Opposition to Motion for Summary Judgment and Cross Motion for Summary Judgment* (the "Opposition and/or Cross MSJ"-DE#22) and Buckley having filed a *Reply in Support of the MSJ* (DE #23) and Zeagler having filed a *Reply in Support of Cross-Motion for Summary Judgment* (DE #24) and Buckley having filed a *Sur-Reply to Arguments Raised in Reply* (DE #25); and the Court having held a hearing on March 4, 2014, at which time counsel presented oral arguments; and good cause appearing;

**IT IS HEREBY ORDERED** that Zeagler's Cross MSJ is granted. Zeagler's judicial lien attached to the Debtor's Buckeye Arizona real property that is also subject to her

homestead exemption. By stipulation of the parties, the lien remains attached to the property's sale proceeds, although the Court has made no determination as to the relative priority of the lien or the homestead exemption.

**IT IS HEREBY ORDERED** that Plaintiff's MSJ is denied.

**IT IS FURTHER ORDERED** that this order is not a final order or judgment in this matter.

**DATED AND SIGNED ABOVE.**

#20G9964