# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | BEVERLY BUCKLEY |
| **Case Number:** | 2:12-BK-19495-GBN   **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 13, 2014 10:30 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matter:

ADV: 2-13-00950

**QUINTON A BUCKLEY vs ROY V. ZEAGLER**

ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

R / M #:   43 / 0

## Appearances:

RONALD J. ELLETT, ATTORNEY FOR QUINTON A BUCKLEY
PAUL A LOUCKS, ATTORNEY FOR ROY V. ZEAGLER

## Proceedings:

The Court shared its initial inclination on the matter.

Mr. Loucks argued his client's position and reviewed previous minute entries as well as the state court judgment.

The Court responded.

Mr. Ellett replied and discussed the state court judgment.

Mr. Loucks reviewed the appeal that was filed and asked that the court find that the order was a final judgment.

Mr. Ellett responded that the appeal was filed after the judgment was entered.

THE COURT PLACED IT'S DECISION ON THE RECORD.   ANYONE WISHING A COPY MAY OBTAIN A TRANSCRIPT.

COURT:  IT IS ORDERED GRANTING THE MOTION FOR SUMMARY JUDGMENT. THE COURT AUTHORIZES THE ENTRY OF JUDGMENT FOR THE PLAINTIFF IN THIS ADVERSARY AND AGAINST THE DEFENDANT. MR. ELLETT IS DIRECTED TO UPLOAD A FORM OF ORDER AND SERVE A COURTESY COPY ON DEFENDANT'S COUNSEL.

Mr. Ellett discussed the possibility of the defendant appealing.

The Court responded and asked if there will be further proceedings as to the merits of the adversary complaint.

Mr. Ellett replied.

The Court suggested a 14 day stay.

COURT:  IT IS ORDERED SETTING A STATUS HEARING ON SEPTEMBER 30, 2014 AT 9:30 AM.

Case 2:13-ap-00950-GBN    Doc 50    Filed 08/13/14    Entered 08/13/14 13:16:39    Desc
Main Document      Page 1 of 1