# In the United States Bankruptcy Court

## For the District of Arizona

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| BEVERLEY BUCKLEY | Adversary No. 13-ap-950-GBN |
| Debtor. | CASE No. 12-bk-19495-GBN |
| QUINTON BUCKLEY, PERSONAL REPRESENTATIVE OF THE PROBATE ESTATE OF BEVERLEY BUCKLEY, | JUDGMENT IN FAVOR OF PLAINTIFF |
| Plaintiff, | |
| v. | |
| ROY ZEAGLER | |
| Defendant. | |

Before the Court is Plaintiff's *Motion for Summary Judgment on Erroneous Recordation*, filed on June 26th, 2014. The Defendant has filed a Response and the Court conducted Oral Argument on August 13th, 2014. The Court placed its decision on the record on August 13th, 2014 and anyone wishing a copy may obtain a transcript of that proceeding.

The Plaintiff and Defendant dispute whether the Defendant has a lien against the cash proceeds from the sale of the Debtor's homestead. Pursuant to this Court's Order of August 21st, 2013 in case 12-bk-19495, the sale's cash proceeds are held in the Trust Account of Ellett Law Offices, P.C. pending further Order of this Court.

Based on the entire record before the Court and for the reasons set forth previously on the record, it is Ordered granting summary judgment in favor of plaintiff Quinton Buckley and

granting Declaratory Judgment that Mr. Zeagler does not hold a lien against the homestead proceeds held in the Trust Account of Ellett Law Offices, P.C.

IT IS FURTHER ORDERED authorizing the release of the homestead proceeds from the Trust Account of Ellett Law Offices, P.C. after the passage of fourteen (14) days from the entry of this Order unless, prior to that time, a stay of this Order has been entered by a Court of competent jurisdiction.

DATED AND SIGNED ABOVE.