## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br>Beverley Buckley,<br>　　　　　　Debtor.<br>Roy Zeagler,<br>　　　　　　Appellant,<br>v.<br>Quinton Buckley,<br>　　　　　　Appellee. | No. CV-14-02487-PHX-SRB<br>ADV NO. Adv. No. 2:13-ap-950-GBN<br>Prev. Court. No. 2:12-19495-GBN<br>**ORDER** |

On January 15, 2015, Appellant filed a Motion to Withdraw Appeal. As of this date, no responsive memorandum has been filed. Local Rule of Civil Procedure 7.2(i) provides in part "if the unrepresented party or counsel does not serve and file the required answering memorandum, . . . such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Pursuant to this rule, the Court deems Appellee's failure to serve and file the required answering memorandum a consent to the granting of the Appellant's Motion to Withdraw Appeal.

**IT IS ORDERED** granting Appellant's Motion to Withdraw Appeal. (Doc. 7)

/ / /

/ / /

/ / /

1     **IT IS FURTHER ORDERED** denying as moot Appellee's Motion to Dismiss.
2 (Doc. 4)
3
4     Dated this 3rd day of February, 2015.
5
6
7
8                                      Susan R. Bolton
                                 United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28